COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Roy Keith Coble v. Kelly Dianne Adams

Appellate case number:   01-13-00562-CV

Trial court case number: 2003-06447

Trial court:             257th District Court of Harris County

Date motion filed:       December 3, 2014

Party filing motion:     Appellant

      The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.

Judge's signature: /s/ Terry Jennings
                    Acting for the Court the En Banc Court*

Date: December 23, 2014

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown and Huddle (Justice Sharp not participating).